JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant U.S. Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LACONDINA ROSE SENATOR,<br><br>Defendant. | No. **1:17-CR-2058-SAB**<br><br>INDICTMENT<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Firearm<br><br>Notice of Criminal Forfeiture |

The Grand Jury charges that:

On or about July 3, 2017, in the Eastern District of Washington, the Defendant, LACONDINA ROSE SENATOR, who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a Taurus, Model PT738 TCP, .380 ACP caliber pistol, bearing serial number 27749C, which had theretofore been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Indictment                                                    1

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) as set forth in this Indictment, the Defendant, LACONDINA ROSE SENATOR, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense.

DATED this 12th day of December, 2017.

A TRUE BILL

Presiding Juror

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Indictment                                    2